# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JACOB MORENO (2),<br>ISAAC MORENO (3),<br><br>  Defendant. | Case No.: 20CR0849-W<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANTS JACOB MORENO AND ISAAC MORENO** |

The United States' Motion to Dismiss the Indictment against Defendants Jacob Moreno and Isaac Moreno is hereby GRANTED. The Indictment (ECF No. 22) is DISMISSED without prejudice as to Defendants Jacob Moreno and Isaac Moreno only.

**IT IS SO ORDERED.**

DATED: 6/17/20

_____
HONORABLE THOMAS J. WHELAN
United States District Judge